FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

09 SEP -1 PM 1:47

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

STEVEN DAVID COLE

CASE NO.   8:09-CR-408-T-26-TGW
18 U.S.C. § 1014
18 U.S.C. § 982(a)(2)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Loan and Credit Application Fraud - 18 U.S.C. §§ 1014 and 2)

On or about April 18, 2006, in the Middle District of Florida,

STEVEN DAVID COLE,

defendant herein, aided and abetted by others, for the purpose of influencing the actions of the GTE Federal Credit Union, upon an application, commitment, and loan in the amount of $300,000.00, applied for and received by STEVEN DAVID COLE, did knowingly make and cause to be made false statements, in that the defendant stated and represented, and caused to be stated and represented, that:

    (a)    STEVEN DAVID COLE's monthly income was $6,565.00; and

    (b)    STEVEN DAVID COLE's net rental income was $1,393.25;

whereas, in truth and fact as the defendants then and there well knew,

    (a)    STEVEN DAVID COLE's monthly income was substantially less than $6,565.00; and

    (b)    STEVEN DAVID COLE's net rental income was substantially less than $1,393.25.

In violation of Title 18, United States Code, Sections 1014 and 2.

## FORFEITURES

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2).

2.    From his engagement in the violation alleged in Count One of this Indictment, involving loan and credit application fraud, in violation of Title 18, United States Code, Section 1014, the defendant,

STEVEN DAVID COLE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any and all of his right, title and interest in any property, real or personal, constituting, or derived from, proceeds the defendant obtained directly or indirectly as the result of such violation, including, but not limited to, the following:

    a.    A sum of money equal to $300,000.00, which represents the amount of proceeds the defendant obtained as the result of such violation, for which the defendant is liable; and

    b.    The real property, including all improvements thereon and appurtenances thereto, located at 1948 Dolphin Boulevard, Saint Petersburg, Florida 33707, which is legally described as follows:

> Lot 27, Block 2, PASADENA GOLF CLUB ESTATES SECTION FIVE, according to the map or plat thereof, recorded in Plat Book 50, Page 8 and 9, of the Public Records of Hillsborough County, Florida.

TOGETHER WITH all improvements thereon, including fixtures and equipment contained therein, per contract.

TOGETHER WITH any and all riparian rights appertaining thereto.

Parcel ID #: 29/31/16/67464/002/0270.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
THOMAS N. PALERMO
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, Economic Crimes

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

STEVEN DAVID COLE

**INDICTMENT**

Violations:

Title 18, United States Code, Section 1014

A true bill,

*/s/* _____
Foreperson

Filed in open court this 1st day

of September.

_____
Clerk

Bail $_____